# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
    )
    )    Criminal No. 13-226
    vs.    )
    )
ARNOLD MCCELLAN FRIEND    )
    Defendant    )
    )    Type of Pleading:
    )
    )    **DEFENDANT'S POSITION WITH**
    )    **RESPECT TO PRESENTENCE**
    )    **REPORT**
    )
    )
    )    Filed on behalf of:
    )
    )    ARNOLD MCCELLAN FRIEND
    )    DEFENDANT
    )
    )    Counsel of Record for this Party:
    )
    )    BRIAN D. ASTON, ESQUIRE
    )    PA I.D. # 73267
    )    140 South Main Street, Suite 301
    )    Greensburg, PA  15601
    )    Phone: 724-205-6614

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 13-226 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ARNOLD MCCELLAN FRIEND | ) | ELECTRONICALLY FILED |
| Defendant. | ) | |

## DEFENDANT'S POSITION WITH RESPECT TO PRESENTENCE REPORT

AND NOW COMES the Defendant, Arnold McCellan Friend, by and through his counsel, Brian D. Aston, Esquire and submits the following position with respect to Presentence Report:

1.  Defense counsel received and reviewed the Presentence Investigation Report prepared for Arnold McCellan Friend by the United States Probation Officer, Tracy DeMartino, and has reviewed the contents of said report.

2.  Defense counsel has no objection to the Presentence Investigation Report as drafted, and reserves the right to file a sentencing memo at a later date.

Respectfully submitted,
/s/ Brian D. Aston
BRIAN D. ASTON, ESQUIRE
140 South Main Street, Suite 301
Greensburg, PA 15601
(724) 205-6614
bda@bastonlaw.com
PA Attorney ID # 73267